395 A.2d 956

**Perry M. SCOTT and Donna R. Scott, Trustees ad litem, Appellants,**

v.

**Donald O. KOPP.**

Superior Court of Pennsylvania.

Argued Dec. 4, 1978.

Decided Dec. 14, 1978.

Howard E. Kalis, III, Pottstown, for appellants.

Edward F. Kane, Norristown, for appellee.

Before CERCONE, HESTER and HOFFMAN, JJ.

## OPINION

PER CURIAM:

This is an appeal from an order dismissing a wrongful death and survival action brought by the parents of a stillborn child who died à ventre sa mère as a result of an automobile accident with appellee. Appellants concede that under the controlling law of our Supreme Court, a stillborn child has no cause of action for wrongful death and survival. *Marko v. Philadelphia Transp. Co.*, 420 Pa. 124, 216 A.2d 502 (1966); *Carrol v. Skloff*, 415 Pa. 47, 202 A.2d 9 (1964).

Order affirmed.